CITY OF BOSTON *vs.* ROCCO SARNI.

Suffolk.	December 7, 1899. — March 1, 1900.

Present: HOLMES, C. J., KNOWLTON, BARKER, HAMMOND, & LORING, JJ.

*Furnace — Forge — Building Permit.*

A forge in which a fire is maintained for the purpose of carrying on the ordinary business of a blacksmith is not a furnace within the meaning of St. 1892, c. 419, §§ 116, 117.

BILL IN EQUITY, to restrain the conveyance, maintenance, and occupation of a building until the same should be made to conform to the provisions of St. 1892, c. 419, §§ 116, 117, forbidding among other things the placing of a boiler or furnace in any building in the city of Boston without a permit. The case was submitted to the Superior Court, and, after the bill was dismissed, to this court, on appeal, upon agreed facts, the nature of which appears in the opinion.

*S. M. Child*, for the plaintiff.

No counsel appeared for the defendant.

LORING, J. The only question raised in this case is whether the word " furnace " as used in St. 1892, c. 419, §§ 116 and 117, includes a forge in which a fire is maintained for the purpose of carrying on the ordinary business of a blacksmith.

The difference between a forge and a furnace, so far as the ordinary use of those words in connection with metal work is concerned, is this: A furnace is used to melt ores in making metals, or to melt metals in working them; a forge is used to heat metals to hammer them into a desired form, not to melt them. It is evident that the Legislature thought that a fire used to melt ores and metals was dangerous; and that a fire used to heat them was not dangerous; and for that reason it forbade the erection of a furnace, but did not forbid the erection of a forge. *Decree dismissing bill affirmed.*